**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**

**CRIMINAL NO.  1:03CR105**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **EDWARD J. CALLAHAN** | ) | |
| | ) | |
| | ) | |

 **THIS MATTER** is before the Court *sua sponte* to continue the

probation revocation hearing scheduled for Wednesday, February 28,

2007, at 2:30 PM.

 **IT IS, THEREFORE, ORDERED** that the hearing scheduled herein is

continued to the Court's next sentencing term.

 Signed: February 22, 2007

 Lacy H. Thornburg
 United States District Judge