# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CRIMINAL NO. 1:03CR105

FILED
ASHEVILLE, N.C.

FEB 22 2007

U.S. DISTRICT COURT
W. DIST. OF N.C.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | O R D E R |
| ) | |
| EDWARD J. CALLAHAN ) | |

**THIS MATTER** is before the Court *sua sponte* to continue the probation revocation hearing scheduled for Wednesday, February 28, 2007, at 2:30 PM.

**IT IS, THEREFORE, ORDERED** that the hearing scheduled herein is continued to the Court's next sentencing term.

Signed: February 22, 2007

Lacy H. Thornburg
United States District Judge