# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For **Revocation** of Probation or Supervised Release) |
| | (For Offenses Committed On or After November 1, 1987) |
| EDWARD J. CALLAHAN | Case Number: 1:03CR105 |
| | USM Number: 18607-058 |
| | Frank A. Abrams |
| | Defendant's Attorney |

**THE DEFENDANT:**

    ☐  Admitted guilt to violation of condition(s) _____ Of the term of supervision.
    ☐  Was found in violation of condition(s) count(s) _____ After denial of guilt.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violations(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| | | |

The Defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, United States v. Booker, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

  **X**  The Defendant has not violated condition(s) Court allowed government's motion to dismiss petition subject to being reopened for further consideration on or after May 7, 2007 on which date defense counsel shall notify court if $432.00 in attorney fees have been paid and is discharged as such to such violation(s) condition.

**IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: 4/4/07

Lacy H. Thornburg
United States District Judge

Signed: April 18, 2007

AO 245D (WDNC Rev. 4/04) Judgment in a Criminal Case for Revocation

Defendant: EDWARD J. CALLAHAN                                                                               Judgment-Page 2 of 2
Case Number: 1:03cr105

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the Schedule of Payments.

| ASSESSMENT | FINE | RESTITUTION |
|---|---|---|
| $0.00 | $0.00 | $0.00 |

### FINE

     The defendant shall pay interest on any fine or restitution of more than $2,500.00, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the Schedule of Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

___      The court has determined that the defendant does not have the ability to pay interest and it is ordered that:

 X       The interest requirement is waived.

___      The interest requirement is modified as follows:

### COURT APPOINTED COUNSEL FEES

___      The defendant shall pay court appointed counsel fees.

 x       The defendant shall pay $  432.00   Towards court appointed fees.
AO 245D (WDNC Rev. 4/04) Judgment in a Criminal Case for Revocation